USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELINA N. JACOBS, On Behalf of Herself,
And All Others Similarly Situated,

            Plaintiffs,

    - against -

VERIZON COMMUNICATIONS, INC., et al.,

            Defendants.
------------------------------------------------------------X

16 Civ. 1082 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    No later than April 22, 2020, Defendants shall submit by email to the undersigned a copy of the entire transcript of Melina Jacobs' deposition.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: April 17, 2020
       New York, New York

Copies transmitted this date to all parties of record.