UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELINA N. JACOBS, On Behalf of Herself
and All Others Similarly Situated,

                  Plaintiff,

        - against -

VERIZON COMMUNICATIONS, INC.;
VERIZON INVESTMENT
MANAGEMENT CORP.; THE VERIZON
EMPLOYEE BENEFITS COMMITTEE;
MARC C. REED; MARTHA
DELEHANTY; ANDREW H. NEBENS;
CONNIA NELSON; SHANE SANDERS;
ROBERT J. BARISH; DONNA C.
CHIFFRILLER,

                Defendants.

**ORDER**

16 Civ. 1082 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the following schedule will apply to Defendants'

motion for summary judgment:

       1.     Defendants' motion is due on **October 29, 2020**;

       2.     Plaintiff's opposition is due on **November 30, 2020**;

       3.     Defendants' reply, if any, is due on **December 14, 2020**.

Dated: New York, New York
       September 29, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge