UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELINA N. JACOBS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>- vs-<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>Defendants. | **STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS**<br><br>No.: 16-cv-1082 (PGG) (RWL) |

The Parties to the above-entitled action, having met and conferred, and upon determining that good cause exists for the following, hereby stipulate as follows:

1. This stipulation is entered into by and between Plaintiff and Defendants (the "Parties") to conserve trial time by stipulating to certain evidentiary issues regarding documents produced by the Parties as part of their initial disclosures or in response to a document production request, or by third parties in response to a subpoena.

2. Except as otherwise limited, this stipulation applies to all documents produced to a party in this action by another party as part of their initial disclosures or in response to a document production request under Rule 34 of the Federal Rules of Civil Procedure, or by a third party in response to a subpoena served pursuant to Rule 45 of the Federal Rules of Civil Procedure.

3. All documents to which the stipulation applies are stipulated to be authentic, and the requirement for identification or authentication of all documents is stipulated to be satisfied under Rule 901 of the Federal Rules of Evidence, absent good cause for opposing the same. Good cause includes issues relating to the completeness of the document (e.g., missing or incomplete pages) or any conditions in the actual document or the manner in which it was

produced that brings into question whether the document was actually generated or maintained as a business record by the relevant party or third-party.

4. To the extent any of the documents to which this stipulation applies are offered into evidence to prove the truth of the matter(s) asserted in them, the Parties stipulate that the documents fall within the exception to the hearsay rule set forth in Rule 803(6) of the Federal Rules of Evidence, absent good cause for challenging application of this exception.  Good cause would include circumstances under which the source of the information featured in the document or the circumstances of its preparation indicate a lack of trustworthiness (as noted in Fed. R. Evid. 803(6)).

5. Exact duplicates of the documents to which this stipulation applies are admissible to the same extent as their originals under Rule 1003 of the Federal Rules of Evidence.

6. To the extent a document would be considered admissible under this stipulation, both sides still retain the right to argue that a particular document contains hearsay within hearsay that is not admissible or that the document is otherwise not admissible under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or any grounds permitted by law and not expressly addressed herein.

**SO STIPULATED.**

*[signatures on next page]*

Dated: May 19, 2023

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

By: */s/ James A. Bloom*
_____

James A. Bloom (*pro hac vice*)
Todd M. Schneider (*pro hac vice* forthcoming)
Raymond S. Levine (*pro hac vice* forthcoming)
Peter Schneider (*pro hac vice* forthcoming)
Jason Kim (*pro hac vice*)

2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
pschneider@schneiderwallace.com

300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
jkim@schneiderwallace.com

**GLANCY PRONGAY & MURRAY LLP**
Daniella Quitt
Greg Linkh
745 Fifth Avenue, 5th Floor
New York, New York 10051
Telephone: (212) 935-7400
dquitt@glancylaw.com
glinkh@glancylaw.com

**EDGAR LAW FIRM LLC**
John F. Edgar (*pro hac vice*)
1032 Pennsylvania Avenue
Kansas City, Missouri 64105
Telephone: (816) 531-0033
jfe@edgarlawfirm.com

*Attorneys for Plaintiff*

**NIXON PEABODY LLP**

By: */s/ Ian C. Taylor*
_____

Ian C. Taylor (*pro hac vice*)
Jennifer K. Squillario (*pro hac vice*)
Charles Dyke (*pro hac vice*)
Christopher J. Moro
Myra Benjamin (*pro hac vice*)

799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel.: (202) 585-8000
Fax: (833) 755-2227
itaylor@nixonpeabody.com
jsquillario@nixonpeabody.com
mbenjamin@nixonpeabody.com

1 Embarcadero Center, 32d Floor
San Francisco, California 94111
Phone: 415-984-8200
cdyke@nixonpeabody.com

275 Broadhollow Road, Suite 300
Melville, New York 11747
516-832-7500
cmoro@nixonpeabody.com

*Attorneys for Defendants*

**SO ORDERED**

_____
**Hon. Paul G. Gardephe, U.S.D.J.**

4867-1846-2564.3