**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELINA N. JACOBS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON INVESTMENT MANAGEMENT CORP.; THE VERIZON EMPLOYEE BENEFITS COMMITTEE; MARC C. REED; MARTHA DELEHANTY; ANDREW H. NEBENS; CONNIA NELSON; SHANE SANDERS; ROBERT J. BARISH; and DONNA C. CHIFFRILLER,<br><br>Defendants. | Civ. No.: 1:16-cv-01082-PGG-RWL |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR**
**APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Joint Declaration of James A. Bloom and Daniella Quitt, Plaintiff will move this Court before the Honorable Paul G. Gardephe of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY on November 16, 2023 at 2:00 pm in accordance with the Order dated July 26, 2023 (ECF Doc. No. 236), for an Order granting final approval of the Settlement and approving the Plan of Allocation, and for such further relief as the Court deems proper.

Plaintiff has conferred with Defendants who do not oppose the motion. The Parties' proposed Order is being filed concurrently herewith.[1]

Dated: October 19, 2023                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

/s/ *Daniella Quitt*
Daniella Quitt
Gregory B. Linkh
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
dquitt@glancylaw.com
glinkh@glancylaw.com

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

/s/ *James A. Bloom*
James A. Bloom (admitted pro hac vice)
Todd M. Schneider (admitted pro hac vice)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

---

[1] The form of proposed order agreed to by the parties and incorporated into the settlement agreement, *see* ECF Doc. No. 235-4, is filed herewith, but is updated to correct minor typographical errors and to reference the name of the Amended Class Action Settlement Agreement, see ECF Doc. No. 238.

John F. Edgar
**EDGAR LAW FIRM LLC**
1032 Pennsylvania Avenue
Kansas City, Missouri 64105
Telephone: (816) 531-0033
jfe@edgarlawfirm.com

*Class Counsel*