**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELINA N. JACOBS, On Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON INVESTMENT MANAGEMENT CORP.; THE VERIZON EMPLOYEE BENEFITS COMMITTEE; MARC C. REED; MARTHA DELEHANTY; ANDREW H. NEBENS; CONNIA NELSON; SHANE SANDERS; ROBERT J. BARISH; and DONNA C. CHIFFRILLER,<br><br>      Defendants. | Civ. No.: 1:16-cv-01082-PGG-RWL |

**NOTICE OF PLAINTIFF'S MOTION FOR**
**AN AWARD OF ATTORNEY'S FEES, COSTS, AND SERVICE PAYMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Joint Declaration of James A. Bloom and Daniella Quitt, Plaintiff will move this Court before the Honorable Paul G. Gardephe of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY on November 16, 2023 at 2:00 pm in accordance with the Order dated July 26, 2023 (ECF Doc. No. 236) for: (1) an award of attorneys' fees for Class Counsel; (2) reimbursement of Class Counsel's litigation expenses, (3) a service award for Class Representative Melina N. Jacobs , and (4) for such further relief as the Court deems proper.

Defendants take no position on this motion. The Parties' proposed Order which is also directed to the approval of the Settlement has been filed as part of the motion for final approval of the settlement.

Dated: October 19, 2023                           Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Daniella Quitt*
Daniella Quitt
Gregory B. Linkh
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
dquitt@glancylaw.com
glinkh@glancylaw.com

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ James A. Bloom*
James A. Bloom (admitted pro hac vice)
Todd M. Schneider (admitted pro hac vice)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
jbloom@schneiderwallace.com
tschneider@schneiderwallace.com


John F. Edgar
**EDGAR LAW FIRM LLC**
1032 Pennsylvania Avenue
Kansas City, Missouri 64105
Telephone: (816) 531-0033
jfe@edgarlawfirm.com

*Class Counsel*